982 A.2d 1220

**In re Nomination Paper of Ralph NADER and Peter Miguel Camejo as Candidates of an Independent Political Body for President and Vice President in the General Election of November 2, 2004.**

**Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen–Scott, Donald G. Brown and Julia A. O'Connell.**

**Appeal of Ralph Nader.**

Supreme Court of Pennsylvania.

Oct. 23, 2009.

140

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of October, 2009, the Application for Oral Argument is **DENIED** and the order of the Commonwealth Court is **AFFIRMED.**